IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM M. EARLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE MUTUAL INSURANCE COMPANY et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 25-03287-KSM |

## ORDER

**AND NOW**, this 24th day of November, 2025, upon consideration of Defendants' Motion to Dismiss (Doc. No. 11), and Plaintiff's failure to respond despite the Court's Order directing him to do so (*see* Doc. No. 16), it is **ORDERED** that the Motion is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.